IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAREN OLDHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-1008 |
| ) | Judge Trauger |
| COTTON STATES MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The defendant has filed a Motion for Permission to File a Motion for Partial Summary Judgment (Docket No. 41), to which the plaintiff has responded (Docket No. 43). The motion is **DENIED**. It seems clear, as stated by the plaintiff, that the same facts will have to be presented to the court with reference to the remaining cause of action, under the Tennessee Consumer Protection Act, even if partial summary judgment were granted to the defendant on the breach of contract, promissory estoppel and equitable estoppel claims. Therefore, the motion for partial summary judgment as to three of the four claims will do nothing but increase the time and expense required of the parties and judicial resources required to decide the motion.

It is so **ORDERED**.

ENTER this 19th day of February 2008.

_____
ALETA A. TRAUGER
U.S. District Judge