IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAREN OLDHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-1008 |
| ) | Judge Trauger |
| COTTON STATES MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

The defendant's Motion For Relief From Initial Case Management Order and For Leave to File Motion For Summary Judgment And to Conduct Additional Fact Discovery (Docket No. 45), to which the plaintiff has responded in opposition (Docket No. 48), is **DENIED**. No good cause is established for the filing of the Motion for Summary Judgment past the dispositive deadline, when the parties are in the midst of mediation. In addition, as mentioned in the court's previous Order, there is insufficient time, at this point, for the court to decide this summary judgment motion before the parties must begin the exchange of documents and other preparations for the pretrial conference under the Order Setting Case For Trial (Docket No. 22). There is also insufficient justification for allowing additional discovery of Tennessee Air National Guard witnesses prior to the mediation. If the case does not settle during the mediation to be held on March 26, 2008, the parties should attempt to agree on the narrow area of discovery that the defendant is seeking. If they are unable to agree, the defendant may renew its motion for this very limited discovery, which the court would be inclined to grant.

It is so **ORDERED**.

ENTER this 18th day of March 2008.

_____
ALETA A. TRAUGER
U.S. District Judge

1